UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON CORA SR.,<br><br>       Plaintiff,<br><br>-against-<br><br>MARSHA M WRIGHT, The New York Family Court; HUMAN RESOURCES CHILD SUPPORT,<br><br>       Defendants. | 24-CV-0263 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 9, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge